IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

SIRAJ IBRIHIM a/k/a
ROBERT CRAIN,

    Petitioner,

v.                                                  No. 2:22-cv-02209-MSN-tmp

U.S. BUREAU OF PRISONS, et al.,

    Respondent.

---

## JUDGMENT

**JUDGMENT BY COURT.**  This action came before the Court on Plaintiff's *pro se* Petition for Writ of Habeas Corpus, (ECF No. 1), filed March 30, 2022,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Modifying the Docket, Denying Petition Under 28 U.S.C. 2241, Certifying That An Appeal Would Not Be Taken In Good Faith, And Denying Leave To Proceed *In Forma Pauperis* On Appeal, docketed May 23, 2022, (ECF No. 10), settling this matter between the parties and dismissing all claims against Respondent with prejudice, all claims against Respondent are hereby **DISMISSED WITH PREJUDICE**.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

May 23, 2022
Date